UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAZARO R. FERNANDEZ,

    Plaintiff,

v.                               CASE NO. 3:20cv5531-MCR-EMT

MARCK INCH, et al.,

    Defendants.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on January 29, 2021.  ECF No. 16.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this Order.

2.  This action is **DISMISSED with prejudice** as time-barred, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**